

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2024

No. 04-24-00626-CR

**EX PARTE** Jesus Javier **BARRAZA-RODRIGUEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10714CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Jesus Javier Barraza-Rodriguez's appeal.

It is so **ORDERED** on December 11, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2024.

Luz Estrada, Chief Deputy Clerk